U.S. District Court [LIVE]
Western District of Texas (Midland)
**CIVIL DOCKET FOR CASE #: 7:21−cv−00196−DC**

Lebron−Rivera v. The State of Texas et al
Assigned to: Judge David Counts
Case in other court:  5th USCA, 21−51142
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/22/2021
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Angel Luis Lebron−Rivera**  represented by  **Angel Luis Lebron−Rivera**
373331
Midland County Detention Center
P.O. Box 11387
Midland, TX 79702
PRO SE

V.

**Defendant**

**The State of Texas**
*TERMINATED: 04/14/2022*

**Defendant**

**Midland County**
*TERMINATED: 04/14/2022*

**Defendant**

**Midland County Sheriff's Office**
*TERMINATED: 04/14/2022*

**Defendant**

**Sheriff Richard Gillete**
*TERMINATED: 04/14/2022*

**Defendant**

**Sheriff Gary Painter**
*TERMINATED: 04/14/2022*

**Defendant**

**Sheriff David Criner**
*TERMINATED: 04/14/2022*

**Defendant**

**District Attorney Laura Nodolf**
*TERMINATED: 04/14/2022*

**Defendant**

**Midland County Detention Center Personnel**

**Defendant**

**United States Marshall Services**
*TERMINATED: 04/14/2022*

**Defendant**

**The State of Dominican Republic**
*TERMINATED: 04/14/2022*

**Defendant**

**United States Drug Enforcement Administration**
*TERMINATED: 04/14/2022*

**Defendant**

**State of Florida**

**Defendant**

**Miami Dade County**

**Defendant**

**Dallas County**
*TERMINATED: 04/14/2022*

**Defendant**

**Tarrant County**
*TERMINATED: 04/14/2022*

**Defendant**

**Multiple John Doe**
*DEA Agents*
*TERMINATED: 04/14/2022*

**Defendant**

**Multiple John Doe**
*US Marshal Service Officals*
*TERMINATED: 04/14/2022*

**Defendant**

**John Doe**
*Dominican Republic*
*TERMINATED: 04/14/2022*

**Defendant**

**Multiple John Doe**
*Miami Dade Airport District Police Department*
*Officials*

**Defendant**

**Multiple John Doe**
*US Customs and Border Protection Officials*

**Defendant**

**Multiple John Doe**
*Midland County Sheriff's Officers*
*TERMINATED: 04/14/2022*

**Defendant**

**Multiple John Doe**
*Dallas Police Department Officials*
*TERMINATED: 04/14/2022*

**Defendant**

**Multiple John Doe**
*Fort Worth Police Department Officials*
*TERMINATED: 04/14/2022*

**Defendant**

**People of Dallas and Tarrant County**
*TERMINATED: 04/14/2022*

**Defendant**

**Unknown Contract Medical Provider**
*Midland County Detention Center Personnel*

**Defendant**

**FNU Vasquez**
*Representing Midland County*

**Defendant**

**Midland County Detention Center**
*TERMINATED: 04/14/2022*

**Defendant**

**Dallas Police Department**
*TERMINATED: 04/14/2022*

**Defendant**

**Fort Worth Police Department**
*TERMINATED: 04/14/2022*

**Defendant**

**Midland County Sheriff's Office Officials**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2021 | Ï 1 | COMPLAINT (Filing fee $ 402 DUE), filed by Angel Luis Lebron−Rivera.(kg) Modified on 10/22/2021 (kg). Modified on 10/22/2021 (kg). (Main Document 1 replaced on 10/22/2021) (kg). (Entered: 10/22/2021) |
| 10/22/2021 | Ï 2 | MOTION to Appoint Counsel by Angel Luis Lebron−Rivera. (kg) (Entered: 10/22/2021) |
| 10/22/2021 | Ï 3 | Case Opening Letter by Angel Luis Lebron−Rivera. (kg) (Entered: 10/22/2021) |
| 10/22/2021 | Ï 4 | ORDER TO SUBMIT PROPER FORM re 1 Complaint filed by Angel Luis Lebron−Rivera. Signed by Judge David Counts. (Attachments: # 1 1983 Complaint)(sg) (Entered: 10/22/2021) |
| 10/22/2021 | Ï 5 | ORDER IFP OR FEE. Signed by Judge David Counts. (Attachments: # 1 In Forma Pauperis Application)(sg) (Entered: 10/22/2021) |
| 10/22/2021 | Ï 6 | ORDER DENYING 2 Motion to Appoint Counsel. Signed by Judge David Counts. (sg) (Entered: 10/22/2021) |
| 11/19/2021 | Ï 7 | COMPLAINT (on proper form), filed by Angel Luis Lebron−Rivera. (Attachments: # 1 Memo in Support)(sg) (Entered: 11/22/2021) |
| 11/19/2021 | Ï 8 | MOTION to Proceed in forma pauperis by Angel Luis Lebron−Rivera. (sg) (Entered: 11/22/2021) |
| 11/19/2021 | Ï 9 | Courtesy Copy of MOTION for Illegal Arrest, Extradition and Conspircy to Deprived Constitutional Rights by Angel Luis Lebron−Rivera. (sg) Modified event per Chambers on 11/23/2021 (sg). (Entered: 11/22/2021) |
| 11/19/2021 | Ï 10 | NOTICE OF INTERLOCUTORY APPEAL as to 6 Order on Motion to Appoint Counsel by Angel Luis Lebron−Rivera. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (sg) (Entered: 11/22/2021) |
| 11/23/2021 | Ï 11 | ORDER FOR CLARIFICATION OF UNNAMED DEFENDANTS. Signed by Judge David Counts. (sg) (Entered: 11/23/2021) |
| 11/23/2021 | Ï 12 | ORDER Directing Monthly Payments be made from Prison Account of ANGEL LUIS LEBRON−RIVERA, #373331. Signed by Judge David Counts. (sg) (Entered: 11/23/2021) |
| 11/23/2021 | Ï 13 | ORDER FOR MORE DEFINITE STATEMENT Statement due December 23, 2021. Signed by Judge David Counts. (sg) (Entered: 11/23/2021) |
| 12/06/2021 | Ï 14 | MOTION for Extension of Time to File by Angel Luis Lebron−Rivera. (sg) (Entered: 12/06/2021) |
| 12/07/2021 | Ï | Text Order GRANTING DOC. # 14 Motion for Extension of Time to File Response to the Court's Order to Clarify Unnamed Defendants up to and including December 27, 2021, entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (tlm) (Entered: 12/07/2021) |
| 12/14/2021 | Ï 15 | RESPONSE to 13 Order for More Definite Statement by Angel Luis Lebron−Rivera. (sg) (Entered: 12/15/2021) |
| 12/15/2021 | Ï 16 | Supplemental Pleading to 13 Order for More Definite Statement by Angel Luis Lebron−Rivera. (sg) Modified event title pursuant to 21 Order on 1/7/2022 (sg). (Entered: 12/17/2021) |

| | | |
|---|---|---|
| 12/15/2021 | 17 | MOTION for Extension of Time to File Response as to 13 Order for More Definite Statement by Angel Luis Lebron−Rivera. (sg) (Entered: 12/17/2021) |
| 12/21/2021 |  | Text Order GRANTING DOC. # 17 Motion for Extension of Time to File Response/Reply to this Court's Order for More Definite Statement, up to and including January 18, 2022, entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (tlm) (Entered: 12/21/2021) |
| 12/27/2021 | 18 | AMENDED COMPLAINT against David Criner, Richard Gillete, Midland County, Midland County Detention Center Personnel, Midland County Sheriff's Office, Laura Nodolf, Gary Painter, The State of Dominican Republic, The State of Texas, United States Marshall Services amending 1 Complaint, filed by Angel Luis Lebron−Rivera.(sg) (Entered: 01/04/2022) |
| 01/03/2022 | 19 | MOTION to Change Title of Document Labeled as Amended Complaint to Supplement re 18 Amended Complaint by Angel Luis Lebron−Rivera. (sg) (Entered: 01/05/2022) |
| 01/03/2022 | 20 | MOTION for Court Order Requiring a Pen to be Allowed at All Times by Angel Luis Lebron−Rivera. (sg) (Entered: 01/05/2022) |
| 01/06/2022 |  | Text Order DENYING DOC. # 20 MOTION for Court Order Requiring a Pen to be Allowed to be with Plaintiff at all times, entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (tlm) (Entered: 01/06/2022) |
| 01/06/2022 | 21 | ORDER GRANTING 19 Motion. Signed by Judge David Counts. (sg) (Entered: 01/07/2022) |
| 01/10/2022 | 22 | MOTION for Extension of Time to File and Notice to the Court by Angel Luis Lebron−Rivera. (sg) (Entered: 01/11/2022) |
| 01/12/2022 |  | Text Order GRANTING DOC. # 22 Motion for Extension of Time to File up to and including February 2, 2022, entered by Judge David Counts. Additionally, Plaintiff may file in pencil if that is all that is available to him. (This is a text−only entry generated by the court. There is no document associated with this entry.) (tlm) (Entered: 01/12/2022) |
| 01/21/2022 | 23 | MOTION for Leave to File Supplemental Pleading by Angel Luis Lebron−Rivera. (Attachments: # 1 Supplement)(sg) (Entered: 01/21/2022) |
| 01/24/2022 |  | Text Order GRANTING DOC. # 23 Motion for Leave to File Supplemental Pleading, entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (tlm) (Entered: 01/24/2022) |
| 01/24/2022 | 24 | ORDER TO THE CLERK OF THE COURT. Signed by Judge David Counts. (kg) (Entered: 01/24/2022) |
| 02/02/2022 | 25 | RESPONSE to 13 Order for More Definite Statement by Angel Luis Lebron−Rivera. (sg) (Entered: 02/04/2022) |
| 02/07/2022 | 26 | ORDER FOR PLAINTIFF TO SUBMIT A SECOND AMENDED COMPLAINT ALONG WITH A RESPONSE TO THIS COURTS INQUIRY. Signed by Judge David Counts. (sg) (Entered: 02/07/2022) |
| 03/01/2022 | 27 | MOTION for Extension of Time to File and to Answer the Court's Inquiry by Angel Luis Lebron−Rivera. (sg) (Entered: 03/01/2022) |
| 03/02/2022 |  | Text Order GRANTING DOC. # 27 Motion for Extension of Time to File up to and including Friday, April 1, 2022, entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (tlm) (Entered: 03/02/2022) |
| 03/02/2022 |  | Partial PLRA Payment of $16.01 (Receipt #700017469) (slt) (Entered: 03/02/2022) |

| 04/01/2022 | Ï 28 | RESPONSE by Angel Luis Lebron–Rivera. (sg) (Entered: 04/04/2022) |
|---|---|---|
| 04/01/2022 | Ï 29 | USCA JUDGMENT/MANDATE (Certified copy) Dismissing 10 Notice of Appeal – Interlocutory, filed by Angel Luis Lebron–Rivera. (sg) (Entered: 04/05/2022) |
| 04/01/2022 | Ï | SECOND AMENDED COMPLAINT against David Criner, Richard Gillete, Midland County, Midland County Detention Center Personnel, Midland County Sheriff's Office, Laura Nodolf, Gary Painter, The State of Dominican Republic, The State of Texas, United States Drug Enforcement Administration, United States Marshall Services, State of Florida, Miami Dade County, Dallas County, Tarrant County, Airborne, Multiple John Doe, Multiple John Doe, John Doe, Multiple John Doe, Multiple John Doe, Multiple John Doe, Multiple John Doe, Multiple John Doe, People of Dallas and Tarrant County, Unknown Contract Medical Provider, FNU Vasquez amending 18 Amended Complaint. (Contained in 28 Response) filed by Angel Luis Lebron–Rivera.(sg) (Entered: 04/12/2022) |
| 04/14/2022 | Ï 30 | ORDER DISMISSING CASE WITH PREJUDICE AGAINST ALL DEFENDANTS, WITH TWO CAVEATS: Dallas Police Department, Fort Worth Police Department, Richard Gillete, Midland County, Midland County Detention Center, Midland County Sheriff's Office, Multiple John Doe (Midland County Sheriff's Officers), Multiple John Doe (DEA Agents), Multiple John Doe (US Marshal Service Officials), Multiple John Doe (Dallas Police Department Officials), Laura Nodolf, Gary Painter, People of Dallas and Tarrant County, Tarrant County, The State of Dominican Republic, The State of Texas, United States Drug Enforcement Administration, United States Marshall Services, David Criner and Dallas County terminated.. Signed by Judge David Counts. (sg) (Entered: 04/18/2022) |